TIMOTHY P. MURPHY, ESQ. (Bar No. 120920)
EDRINGTON, SCHIRMER & MURPHY LLP
2300 Contra Costa Boulevard, Suite 450
Pleasant Hill, CA  94523-3936
Telephone:  (925) 827-3300
Facsimile:   (925) 827-3320
Email: TMurphy@esmlawfirm.com

[G.C. §6103]

Attorneys for Defendant
DAVID COCHRAN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, OAKLAND BRANCH

| | |
|---|---|
| DENISE TAVARES,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>DAVID COCHRAN, in his official capacity as a County of Alameda Sheriff Deputy, and DOES 1-25, inclusive,<br><br>　　　　　Defendants.<br>_____/ | **CASE NO.:  4:20-cv-01704-HSG**<br><br>**STIPULATION AND ORDER FOR INDEPENDENT MEDICAL EXAMINATION OF PLAINTIFF**<br><br>Crtrm:  2, 4th Floor<br>Judge:  Hon. Haywood S. Gilliam, Jr., Presiding<br><br>Date Action Filed:  March 9, 2020<br>Trial Date: June 28, 2021 |

　　　　Plaintiff DENISE TAVARES ("Plaintiff") and defendant DAVID COCHRAN ("Defendant"), agree and stipulate that Plaintiff shall submit to a physical examination with the following manner, conditions, and scope under Federal Rules of Civil Procedure, rule 35.

**Physical Examination**

　　　　1.　　The date, time and location of the physical examination will be December 10, 2020, 1:30 p.m., at the offices of Dave Miles Atkin, M.D., 411 30th Street, Suite 402, Oakland, CA 94609, (510) 486-8007.

　　　　2.　　The physical examination will be performed by Dave Miles Atkin, M.D.  Attached to this stipulation as Exhibit A is a true and correct copy of Dr. Atkin's Curriculum Vitae setting forth his qualifications and background.

3.  The physical examination will be a two-part examination consisting of:

   a. An interview in the doctor's office, consisting of a history of Plaintiff's claimed injury and subsequent treatment for the claimed injury; and current subjective complaints.

   b. A physical examination involving vitals being taken and examination of the injured body parts in controversy including right fingers, hand, wrist, elbow and arm and left fingers, hand, wrist, elbow and arm.

   c. The examination will not include any diagnostic test or procedure that is painful, protracted or intrusive.

4.  The conditions and scope of the physical examination will be limited to the physical injuries in controversy and consist of a two-part examination: an interview and physical examination. The total duration of the examination will not exceed two (2) hours. The examination will focus on Plaintiff's claimed injury and treatment for the claimed injury.

5.  It is further stipulated that, following the examination, a copy of Dr. Atkin's report related to the examination will be produced to Plaintiff's counsel as required by Federal Rules of Civil Procedure, rule 35.

6   It is further stipulated that the Defendant will be responsible for paying the costs associated with the examination. Attached to this stipulation as Exhibit B is a true and correct copy of Dr. Atkin's fee schedule.

7.  It is further stipulated that Plaintiff will be responsible for paying any associated no show/late fees or cancelation fees incurred due to Plaintiff's failure to comply with Dr. Atkin's cancelation policy as identified in his fee schedule. See Exhibit B.

8.  It is further stipulated that if the examination is canceled for any reason Plaintiff's counsel and Defendant's counsel agreed to work together promptly to reschedule the examination.

Dated: November 23, 2020         POINTER & BUELNA, LLP
                                  LAWYERS FOR THE PEOPLE

                                  By _____
                                     Patrick M. Buelna, Esq.
                                     Counsel for Plaintiff

Dated: November 23, 2020                    EDRINGTON, SCHIRMER & MURPHY LLP

By /s/ Timothy P. Murphy, Esq.
    Timothy P. Murphy, Esq.
    Attorney for Defendant
    DAVID COCHRAN

## ORDER

Pursuant to Stipulation of the parties as set forth above and good cause appearing, IT IS ORDERED that:

1. Plaintiff shall appear for a physical examination on December 10, 2020, 1:30 p.m., at the offices of Dave Miles Atkin, M.D., 411 30th Street, Suite 402, Oakland, CA 94609, (510) 486-8007; and

2. The parties shall comply with the terms set forth in paragraphs 1 through 8, set forth above.

**IT IS SO ORDERED.**

DATED: 11/24/2020        By: /s/ Haywood S. Gilliam, Jr.
    HON. HAYWOOD S. GILLIAM, JR.
    United States District Court Judge

ATTESTATION

I hereby attest that I have obtained the concurrence of the other signatories to the filing of this document.

By /s/ Timothy P. Murphy
    Timothy P. Murphy, Esq.
    Attorney for Defendant
    DAVID COCHRAN