TIMOTHY P. MURPHY, ESQ. (Bar No. 120920)
EDRINGTON, SCHIRMER & MURPHY LLP
2300 Contra Costa Boulevard, Suite 450
Pleasant Hill, CA  94523-3936
Telephone:  (925) 827-3300
Facsimile:   (925) 827-3320
Email: TMurphy@esmlawfirm.com

Attorneys for Defendant
DAVID COCHRAN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, OAKLAND

| | |
|---|---|
| DENISE TAVARES, | **CASE NO.:  4:20-cv-01704-HSG** |
| Plaintiff, | **STIPULATION AND ORDER MODIFYING CASE MANAGEMENT DEADLINES** |
| vs. | |
| DAVID COCHRAN, in his official capacity as a County of Alameda Sheriff Deputy, and DOES 1-25, inclusive, | Crtrm:  2, 4th Floor<br>Judge:  Hon. Haywood S. Gilliam, Jr., Presiding |
| Defendants. | Date Action Filed:  March 9, 2020<br> Trial Date: June 28, 2021 |

WHEREAS the parties have been cooperating and working diligently on completing discovery including depositions of the parties and witnesses.

WHEREAS, certain depositions which the parties expect will be relied upon by experts were completed on December 16, 2020; however, transcripts have not yet been received.

WHEREAS, the deposition of one eyewitness, B.J. Coleman, was noticed well in advance of the fact discovery cutoff; however, that witness was reportedly out of state in December and not returning until mid-January, such that her deposition has not yet been completed.

WHEREAS the parties have agreed and stipulated to modify the Case Management

deadlines contained in the Scheduling Order filed on June 25, 2020 (Document #22).  The current trial date of June 28, 2021 is not affected.

Pursuant to local rule 6-1 and 6-2 the parties stipulate and propose the following modifications to the Case Management deadlines:

| EVENT | CURRENT DATE | PROPOSED DATE |
|---|---|---|
| Exchange of Opening Expert Reports | January 8, 2021 | January 22, 2021 |
| Exchange Rebuttal Expert Reports | January 22, 2021 | February 5, 2021 |
| Close of Expert Discovery | February 8, 2021 | February 22, 2021 |

Additionally, the parties agree that fact discovery may remain open, but only for purposes of completing the deposition of eyewitness, B.J. Coleman.

It is so stipulated.

Dated: January 8, 2021                              POINTER & BUELNA, LLP
                                                    LAWYERS FOR THE PEOPLE


                                                    By ___*/s/ Patrick M. Buelna*___
                                                          Patrick M. Buelna, Esq.
                                                          Counsel for Plaintiff

Dated:  January 8, 2021                             EDRINGTON, SCHIRMER & MURPHY LLP


                                                    By ___*/s/ Timothy P. Murphy*___
                                                          Timothy P. Murphy, Esq.
                                                          Attorney for Defendant
                                                          DAVID COCHRAN

**ORDER**

Good cause appearing, it is so ordered.

DATED: 1/12/2021            By: _____
                                  HON. HAYWOOD S. GILLIAM, JR.
                                  United States District Court Judge