TIMOTHY P. MURPHY, ESQ. (Bar No. 120920)
EDRINGTON, SCHIRMER & MURPHY LLP
2300 Contra Costa Boulevard, Suite 450
Pleasant Hill, CA  94523-3936
Telephone:  (925) 827-3300
Facsimile:   (925) 827-3320
Email: TMurphy@esmlawfirm.com

[G.C. §6103]

Attorneys for Defendant
DAVID COCHRAN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, OAKLAND BRANCH

| | |
|---|---|
| DENISE TAVARES, | **CASE NO.:  4:20-cv-01704-HSG** |
| Plaintiff, | **STIPULATION FOR ENTRY OF ORDER OF DISMISSAL AND ORDER** |
| vs. | |
| DAVID COCHRAN, in his official capacity as a County of Alameda Sheriff Deputy, and DOES 1-25, inclusive, | Date Action Filed:  March 9, 2020<br>Trial Date: June 28, 2021 (VACATED) |
| Defendants. | |

WHEREAS all parties to this action, namely, Plaintiff DENISE TAVARES individually and Defendant DAVID COCHRAN (the "Settling Parties"), have reached a mutual and amicable settlement and have entered into a separate agreement for settlement of this action, the terms of which are set forth in writing in the "Settlement Agreement and Release" ("the Settlement Agreement"), to fully and finally resolve all matters concerning the Settling Parties without trial;

WHEREAS the Settlement Agreement covers all the claims between the Settling Parties in this action;

WHEREAS the Settling Parties agree to pay their own attorney fees and costs; and

WHEREAS there are no further issues for the Court to resolve as between the Settling Parties,

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED AS FOLLOWS:

1. This action, including each of Plaintiff's causes of action set out in Plaintiff's Complaint in the above-captioned action against all named defendants, shall be dismissed with prejudice, with each party to bear its own attorney fees and costs.

IT IS SO STIPULATED.

Dated: August 5, 2021                   POINTER & BUELNA, LLP
                                        LAWYERS FOR THE PEOPLE


                                        By   */s/ Patrick M. Buelna*
                                             Patrick M. Buelna, Esq.
                                             Counsel for Plaintiff

Dated:  August 5, 2021                  EDRINGTON, SCHIRMER & MURPHY LLP


                                        By   */s/ Timothy P. Murphy*
                                             Timothy P. Murphy, Esq.
                                             Attorney for Defendant
                                             DAVID COCHRAN


### ATTESTATION

I hereby attest that I have obtained the concurrence of the other signatories to the filing of this document.

                                        By   */s/ Timothy P. Murphy*
                                             Timothy P. Murphy, Esq.
                                             Attorney for Defendant
                                             DAVID COCHRAN


### **ORDER**

Good cause appearing, it is so ordered.

DATED:  8/9/2021               By: *[signature: Haywood S. Gilliam Jr.]*
                                   HON. HAYWOOD S. GILLIAM, JR.
                                   United States District Court Judge